AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ALEXANDRA POPOVCHAK, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-10756-LLS |
| UNITEDHEALTH GROUP INCORPORATED, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated.

Date: 01/05/2023

s/ Jason S. Cowart
*Attorney's signature*

Jason S. Cowart (JC-1437)
*Printed name and bar number*
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, NY 10022

*Address*

jcowart@zuckerman.com
*E-mail address*

(646) 746-8840
*Telephone number*

(212) 704-4256
*FAX number*