# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Alexandra Popovchak and Oscar Gonzalez, individually and on behalf of all others similarly situated

**Plaintiff**

Case No.: 1:22-cv-10756

vs.

UnitedHealth Group Incorporated, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, Civil Cover Sheet, Electric Case Filing Rules and Instructions, Addendum to Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Stewart D. Aaron, and Notice, Consent, and Reference of a Civil Action to Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/04/2023 at 12:14 PM, I served UnitedHealth Group Incorporated c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Class Action Complaint, Civil Cover Sheet, Electric Case Filing Rules and Instructions, Addendum to Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Stewart D. Aaron, and Notice, Consent, and Reference of a Civil Action to Magistrate Judge by serving Robin Hutt-Banks, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Robin Hutt-Banks is described herein as:

Gender: Female   Race/Skin: Black   Age: 60   Weight: 200   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

1-12-23
**Executed On**

Adam Golden

Client Ref Number: N/A
Job #: 1612552

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., and UNITEDHEALTHCARE SERVICE LLC

*Defendant(s)*

Civil Action No. 1:22-cv-10756

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UnitedHealth Group Incorporated, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801

United HealthCare Insurance Company, c/o C T Corporation System, 67 Burnside Avenue, East Hartford, CT 06108

United HealthCare Services, Inc., c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801

UnitedHealthcare Service LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Brian Hufford
Jason S. Cowart
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 22, 2022

/S/ S. James
*Signature of Clerk or Deputy Clerk*

