UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Alexandra Popovchak and Oscar Gonzalez, individually and on behalf of all others similarly situated

Plaintiff

Case No.: 1:22-cv-10756

vs.

UnitedHealth Group Incorporated, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, Civil Cover Sheet, Electric Case Filing Rules and Instructions, Addendum to Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Stewart D. Aaron, and Notice, Consent, and Reference of a Civil Action to Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/04/2023 at 12:14 PM, I served United HealthCare Services, Inc. c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Class Action Complaint, Civil Cover Sheet, Electric Case Filing Rules and Instructions, Addendum to Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Stewart D. Aaron, and Notice, Consent, and Reference of a Civil Action to Magistrate Judge by serving Robin Hutt-Banks, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Robin Hutt-Banks is described herein as:

Gender: Female   Race/Skin: Black   Age: 60   Weight: 200   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

1-12-23
Executed On

Adam Golden

Client Ref Number:N/A
Job #: 1612553

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

