# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Alexandra Popovchak and Oscar Gonzalez, individually and on behalf of all others similarly situated**

**Plaintiff**

Case No.: 1:22-cv-10756

*vs.*

**UnitedHealth Group Incorporated, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint, Civil Cover Sheet, Electric Case Filing Rules and Instructions, Addendum to Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Stewart D. Aaron, and Notice, Consent, and Reference of a Civil Action to Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/04/2023 at 12:14 PM, I served United Healthcare Service LLC c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Class Action Complaint, Civil Cover Sheet, Electric Case Filing Rules and Instructions, Addendum to Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Stewart D. Aaron, and Notice, Consent, and Reference of a Civil Action to Magistrate Judge by serving Robin Hutt-Banks, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Robin Hutt-Banks is described herein as:

Gender: Female   Race/Skin: Black   Age: 60   Weight: 200   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

_1-12-23_
Executed On



_Adam Golden_

Client Ref Number: N/A
Job #: 1612554

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: