UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALEXANDRA POPOVCHAK and OSCAR
GONZALEZ, individually and on behalf of all
others similarly situated,

                                       Plaintiffs,

     -against-                                          1:22-cv-10756-LLS

UNITEDHEALTH GROUP INCORPORATED,
UNITED HEALTHCARE INSURANCE
COMPANY, UNITED HEALTHCARE
SERVICES, INC., and UNITED HEALTHCARE
SERVICE LLC

                                      Defendants.
-------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that James Hallowell of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned case as counsel for Defendants UnitedHealth Group Incorporated, United Healthcare Insurance Company, United Healthcare Services, Inc., and United Healthcare Service LLC ("Defendants") and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant in this action.

Dated:  January 23, 2023

By:  *s/ James Hallowell*
James Hallowell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: +1 212.351.3804
JHallowell@gibsondunn.com


*Attorneys for Defendants*