UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ALEXANDRA POPOVCHAK and OSCAR GONZALEZ et al.,

                Plaintiff,

-against-

UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., and UNITEDHEALTHCARE SERVICE LLC,

                Defendants.
-----------------------------------------------------------x

No. 22-cv-10756

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants UnitedHealth Group Incorporated, UnitedHealthcare Insurance Company, United HealthCare Services, Inc., and UnitedHealthcare Service LLC certifies as follows:

1. UnitedHealth Group Incorporated, a publicly held corporation, has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

2. United HealthCare Services, Inc. is a wholly owned subsidiary of UnitedHealth Group Incorporated.

3. UnitedHealthcare Insurance Company is a wholly owned subsidiary of UHIC Holdings, Inc., which is a wholly owned subsidiary of United HealthCare Services, Inc.

4. UnitedHealthcare Service LLC is a wholly owned subsidiary of UnitedHealthcare Insurance Company.

//

//

//

Dated: New York, New York
January 23, 2023

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By: */s/ James L. Hallowell*
                                             James L. Hallowell

                                             200 Park Avenue, 49th Floor
                                             New York, NY  10166-0193
                                             Telephone:  (212) 351-4000
                                             JHallowell@gibsondunn.com

                                             *Attorneys for Defendants UnitedHealth Group Incorporated, UnitedHealthcare Insurance Company, United HealthCare Services, Inc., and UnitedHealthcare Service LLC*