

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>Defendants. | Civil Action No. 1:22-cv-10756-LLS<br><br><br><br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* |

The motion of Caroline E. Reynolds for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the State of New York and the District of Columbia, and that her contact information is as follows:

> Caroline E. Reynolds
> ZUCKERMAN SPAEDER LLP
> 1800 M Street, NW, Suite 1000
> Washington, DC 20036
> Telephone: (202) 778-1859
> Facsimile: (202) 822-8106
> creynolds@zuckerman.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Alexandra Popovchak and Oscar Gonzalez, individually and on behalf of all others similarly situated, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/23
```

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 6, 2023

Louis L. Stanton
United States District Judge