## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>      Defendants. | Civil Action No. 1:22-cv-10756-LLS<br><br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs, Alexandra Popovchak and Oscar Gonzalez, individually and on behalf of all others similarly situated, in the above-entitled action and requests that all pleadings and other filings in this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated:  February 8, 2023

              s/ Caroline E. Reynolds
              Caroline E. Reynolds (admitted *pro hac vice*)
              ZUCKERMAN SPAEDER LLP
              1800 M Street, NW, Suite 1000
              Washington, DC 20036
              Telephone: (202) 778-1800
              Facsimile: (202) 822-8106
              creynolds@zuckerman.com

              *Counsel for Plaintiffs*