ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/10/23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITEDHEALTH GROUP INCORPORATED, *et al.*,

Defendants.

Civil Action No. 1:22-cv-10756-LLS

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

LLS

The motion of Trillium Chang for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the State of New York and the District of Columbia, and that her contact information is as follows:

> Trillium Chang
> ZUCKERMAN SPAEDER LLP
> 1800 M Street, NW, Suite 1000
> Washington, DC 20036
> Telephone: (202) 778-1896
> Facsimile: (202) 822-8106
> tchang@zuckerman.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Alexandra Popovchak and Oscar Gonzalez, individually and on behalf of all others similarly situated, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 10, 2023

Louis L. Stanton
United States District Judge

2