### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:22-cv-10756-LLS<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs, Alexandra Popovchak and Oscar Gonzalez, individually and on behalf of all others similarly situated, in the above-entitled action and requests that all pleadings and other filings in this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated:  February 10, 2023

　　　　　　　　　　　　　　　　　　　s/ Trillium Chang
　　　　　　　　　　　　　　　　　　　Trillium Chang (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP
　　　　　　　　　　　　　　　　　　　1800 M Street, NW, Suite 1000
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　Telephone: (202) 778-1896
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 822-8106
　　　　　　　　　　　　　　　　　　　tchang@zuckerman.com