UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDRA POPOVCHAK and OSCAR
GONZALEZ, individually and on behalf of all
others similarly situated,

                             Plaintiffs,

    -against-                                     Case No: 1:22-cv-10756-LLS

UNITEDHEALTH GROUP INCORPORATED,
UNITED HEALTHCARE INSURANCE
COMPANY, UNITED HEALTHCARE
SERVICES, INC., and UNITED HEALTHCARE
SERVICE LLC

                             Defendants.
------------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint (the "Memorandum of Law"), the Declaration of Jane Stalinski, and supporting exhibits, and the Declaration of James L. Hallowell, and supporting exhibit, Defendants UnitedHealth Group Inc., UnitedHealthcare Insurance Company, UnitedHealthcare Services, Inc., and United Healthcare Service LLC, by and through their attorneys, Gibson, Dunn & Crutcher LLP, will move before the Honorable Louis L. Stanton, United States District Judge of the United States District Court, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, on a date and at a time designated by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Plaintiffs' Complaint, filed December 21, 2022 (Dkt. No. 1), with prejudice. The grounds upon which Defendants seek relief are set forth in detail in the accompanying Memorandum of Law.

Dated:  March 24, 2023

By: */s/ James L. Hallowell*

GIBSON, DUNN & CRUTCHER LLP

James L. Hallowell
200 Park Avenue
New York, NY 10166
Telephone: 212.351.3804
JHallowell@gibsondunn.com

Heather L. Richardson (*pro hac vice pending*)
Lauren M. Blas
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7409
HRichardson@gibsondunn.com
LBlas@gibsondunn.com

*Attorneys for Defendants*