USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2023

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., and UNITED HEALTHCARE SERVICE LLC,<br><br>Defendants. | VEC<br>1:22-cv-10756-~~LLS~~ |

## [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE

The motion of Heather L. Richardson for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of California and her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Heather L. Richardson |
| Firm Name: | Gibson, Dunn & Crutcher LLP |
| Address: | 333 S. Grand Ave. |
| City/State/Zip: | Los Angeles, CA 90071 |
| Telephone: | 213.229.7409 |
| E-mail: | hrichardson@gibsondunn.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants UnitedHealth Group Incorporated, UnitedHealthcare Insurance Company, United HealthCare Services, Inc., and United Healthcare Service LLC in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: 04/11/2023

HONORABLE ~~LOUIS L. STANTON~~ Valerie E. Caproni
United States District Judge