USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDRA POPOVCHAK AND OSCAR GONZALEZ, individually and on behalf of all others similarly situated,

                        Plaintiffs,

       -against-

UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., and UNITEDHEALTHCARE SERVICE LLC,

                        Defendants.
-----------------------------------------------------------------X

22-CV-10756 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 21, 2022, Plaintiffs filed this action, *see* Compl., Dkt. 1;

WHEREAS on March 24, 2023, Defendants moved to dismiss and to seal an exhibit, *see* Dkts. 21–22; and

WHEREAS on April 10, 2023, this case was reassigned to the Undersigned;

IT IS HEREBY ORDERED that Defendants' motions are DENIED without prejudice. Not later than **Friday, April 14, 2023**, Defendants must refile their motions in compliance with the Undersigned's local rules.

The Clerk of Court is respectfully directed to close the open motions at Docket Entries 21 and 22.

**SO ORDERED.**

Date:  April 11, 2023
         New York, New York

                                      **VALERIE CAPRONI**
                                      **United States District Judge**