UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDRA POPOVCHAK and OSCAR GONZALEZ, individually and on behalf of all others similarly situated,

                        Plaintiffs,

   -against-                         Case No. 1:22-cv-10756-VEC

UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., and UNITED HEALTHCARE SERVICE LLC

                        Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned respectfully enters her appearance as counsel of record for Defendants UnitedHealth Group Incorporated, UnitedHealthcare Insurance Company, United HealthCare Services, Inc., and United Healthcare Service LLC, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendants. The undersigned is a member of this Court in good standing.

Dated: April 12, 2023
      Los Angeles, California         GIBSON, DUNN & CRUTCHER LLP

                                    By:   */s/ Lauren M. Blas*
                                           Lauren M. Blas
                                           333 South Grand Avenue
                                           Los Angeles, California
                                           Tel.: (213) 229-7503
                                           Fax: (213) 229-6503
                                           LBlas@gibsondunn.com

                                           *Attorney for Defendants*