# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POPOVCHAK, OSCAR GONZALEZ, and MELANIE WEBB individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>UNITEDHEALTH GROUP INCORPORATED, *et al.*,<br><br>      Defendants. | Civil Action No. 1:22-cv-10756-LLS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs, Alexandra Popovchak, Oscar Gonzalez, and Melanie Webb individually and on behalf of all others similarly situated, in the above-entitled action and requests that all pleadings and other filings in this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated: April 28, 2023

                s/ D. Brian Hufford
                D. Brian Hufford (Bar. No. 2292068)
                Zuckerman Spaeder LLP
                485 Madison Avenue, 10th Floor
                New York, New York 10022
                Telephone: (646) 746-8662
                Facsimile: (202) 822-8106
                DBHufford@zuckerman.com

                *Counsel for Plaintiffs*