UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POPOVCHAK, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED HEALTHCARE SERVICES, INC., et al., <br><br> Defendant(s). | 22-CV-10756 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Provided, the conference scheduled for March 22, 2024, is **ADJOURNED** to **April 3, 2024,** at **11:00 A.M. EST.** The conference will be in person in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The parties shall file the required status letter described in paragraph 9 of the Civil Case Management Plan and Scheduling Order, issued October 10, 2023, by **March 28, 2024.**

Dated: October 20, 2023
       New York, New York

_____
DALE E. HO
United States District Judge