UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA POPOVCHAK, OSCAR GONZALEZ, and MELANIE WEBB individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>UNITED HEALTHCARE SERVICES, INC. and UNITEDHEALTHCARE SERVICE LLC,<br><br>                  Defendants. | No. 1:22-CV-10756-DEH<br><br>**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

      This Civil Case Management Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.     All parties **do not consent** to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

**2.**     Except for amendments permitted by Fed. R. Civ. P. 15(a)(1) and this Court's Individual Practices in Civil Cases ("Individual Practices"), amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by **November 3, 2023.**

3.     Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than **14 days** from the date of this Order.

4.     Discovery

       a.    All fact discovery shall be completed no later than **July 8, 2024.**[1]

       b.    All expert discovery, including reports, production of underlying documents, and depositions, shall be completed no later than **60 days** after the completion of fact discovery.

---

[1] The parties will use all reasonable efforts to complete discovery by July 8, 2024. The time needed to complete fact discovery, however, may be impacted by the scope of discovery in this complex case, particularly e-discovery, such that a modest extension of this deadline may be necessary.

> In the event the parties still have discovery disputes in need of judicial resolution following a good faith conferral process, they shall file a letter on ECF presenting the dispute in lieu of calling Chambers.

c. Within two weeks of the date of entry of this Scheduling Order, the parties shall meet and confer in person to agree upon a joint plan for meeting the discovery deadlines.

d. In the case of discovery disputes, the parties should follow Local Civil Rule 37.2 with the following modifications: Any party wishing to raise a discovery dispute with the Court **must first meet and confer in good faith** with the opposing party, in person, or by telephone, in an effort to resolve the dispute. If this process fails and the Court's intervention is required, the parties must jointly call Chambers to schedule a joint teleconference with the Court for prompt resolution of the dispute. The Court will determine during the teleconference whether additional submissions will be required.

6. Counsel for the parties believe the following alternative dispute resolution mechanisms may be helpful in resolving this case (check all that apply):

    ☐ Immediate referral to the District's Mediation Program

    ☐ Immediate referral to a Magistrate Judge

    ☐ Referral to the District's Mediation Program after the close of fact discovery

    ☐ Referral to a Magistrate Judge after the close of fact discovery

    ☐ Other

7. Pursuant to the Court's Opinion and Order on United's motion to dismiss, the case is not to be tried to a jury. The Court ordered, however, that Plaintiffs may renew their demand for a jury trial in the event they seek damages for breach of fiduciary duty. ECF No. 60 at 36.

8. This Order may not be modified or the dates herein extended except by further Order of the Court for good cause shown. Unless the Court orders otherwise, parties engaged in settlement negotiations must pursue settlement and conduct discovery simultaneously. Parties should not assume that they will receive an extension of an existing deadline if settlement negotiations fail. Any application to modify or extend the dates herein shall be made by written application no later than two business days before the date sought to be extended in accordance with the Court's Individual Practices.

9. The next pretrial conference is scheduled for __September 18, 2024__ at __3:00 P.M.__ in ~~Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. [Unless otherwise ordered, 10:00 a.m. on the first Friday after the deadline for completion of all fact discovery as set forth in paragraph 5(a).]~~

> The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 180 800 275, followed by the pound sign (#).

By Thursday of the week prior to that conference, the parties shall submit a joint letter regarding the status of the case. The letter should include the following information in separate paragraphs:

2

a. a statement of all existing deadlines, due dates, and/or cut-off dates;

b. a brief description of any outstanding motions;

c. a brief description of the status of discovery and of any additional discovery that needs to be completed;

d. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

e. a statement of the anticipated length of trial and whether the case is to be tried to a jury;

f. a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony;

g. any other issue that the parties would like to address at the pretrial conference; and

h. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

**Counsel for the Parties:**

**ZUCKERMAN SPAEDER LLP**
D. Brian Hufford, Esq.
Jason S. Cowart, Esq.
485 Madison Avenue, 10th Floor New York, NY 10022
Tel. (212) 704-9600
dbhufford@zuckerman.com
jcowart@zuckerman.com

Caroline E. Reynolds, Esq. (*pro hac vice*)
Trillium Chang, Esq. (*pro hac vice*)
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel. (202) 778-1800
creynolds@zuckerman.com
tchang@zuckerman.com

**COHEN HOWARD LLP**
Leslie Howard, Esq. (*pro hac vice*)
766 Shrewsbury Avenue, Suite 200 Tinton Falls, NJ 07724
Tel. (732) 747-5202
lhoward@cohenhoward.com

*Counsel for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**
James L. Hallowell
200 Park Avenue
New York, NY 10166
Tel. (212) 351-3804
JHallowell@gibsondunn.com

Heather L. Richardson (*pro hac vice*)
Lauren M. Blas
333 South Grand Avenue
Los Angeles, CA 90071
Tel. (213) 229-7409
HRichardson@gibsondunn.com
LBlas@gibsondunn.com

*Counsel for Defendants*

**SO ORDERED.**

**Date:** March 15, 2024
**New York, New York**

**DALE E HO**
United States District Judge

4