UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Popovchak et al.,

Plaintiffs,

v.

UnitedHealth Group Incorporated et al.,

Defendants.

22-CV-10756 (DEH)

ORDER

DALE E. HO, United States District Judge:

On May 27, 2026, Plaintiffs in this matter filed a motion to compel Defendants to produce documents withheld as privileged. ECF No. 152. That motion was fully briefed on June 3, 2026. ECF No. 166. On June 2, 2026, Plaintiffs in this matter moved to compel MultiPlan, a non-party to this litigation, to produce documents pursuant to a third-party subpoena. ECF No. 161. That motion was fully briefed on June 16, 2026. ECF No. 173.

The parties and MultiPlan shall appear for a discovery conference on **July 16, 2026** at **11 A.M.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 342 051 058, followed by the pound (#) sign.

SO ORDERED.

Dated: July 13, 2026
New York, New York

DALE E. HO
United States District Judge