UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Popovchak et al.,

Plaintiff(s),

v.

UnitedHealth Group Inc. et al.,

Defendant(s).

22-CV-10756 (DEH)

ORDER

DALE E. HO, United States District Judge:

Plaintiffs have moved to compel the production of numerous documents withheld on the basis of attorney-client privilege on the basis of the fiduciary exception. *See* ECF No. 152. The motion is **DENIED WITHOUT PREJUDICE.** While Plaintiffs have attempted to describe various categories of documents that they believe fall within the exception, the Court cannot, on the current record, conclude that any particular document may properly be characterized as pertaining to plan administration. *See In re Long Island Lighting Co.*, 129 F.3d 268, 271 (2d Cir. 1997). Nor can the court conclude that, even if any of the withheld documents are properly characterized as such, they do not also contain legal advice obtained to protect Defendants from liability, in which case the exception would be inapplicable. *See Wit v. United Behavioral Health*, 2016 WL 258604, at *5-6 (N.D. Cal. Jan. 21, 2016). The motion is therefore denied without prejudice.

Plaintiffs are not prohibited from filing a renewed motion on this issue at this time. If Plaintiffs seek to file a renewed motion, they must first meet-and-confer with Defendants to attempt to resolve this dispute before the filing of any renewed motion. If the parties reach an impasse and Plaintiffs opt to file a renewed motion, the parties must meet-and-confer to propose a briefing schedule with proposed page limits.

The Clerk of Court is respectfully directed to close ECF Nos. 152 and 153.

SO ORDERED.

Dated: July 20, 2026
New York, New York

DALE E. HO
United States District Judge